# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FCA US LLC, <br><br> Plaintiff, <br><br> v. <br><br> HAKA TOUGH, et al., <br><br> Defendants. | Case No. 25-cv-12251 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| dbbcautoparts | 21 |
| DOUBLERUNAUTO | 26 |
| forbmautoparts | 41 |
| JANSUNAUTO | 56 |
| GEAREVER | 81 |

Dated this 12th day of November 2025.     Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080/312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*